## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

JALIC, INC.,        )
            )  Case No. _____
   Plaintiff,       )
            )
v.             )
            )
FAO SCHWARZ, LLC,      )
PARAGON, PARADIGM, PARADOX, INC. )
d/b/a CHICAGO COSTUME COMPANY, )
SHARP IMPORT, LLC,      )
TURKEY CREEK TRADING    )
COMPANY, INC.,       )
MASTER CUTLERY, LLC,     )
UNDERWRAPS COSTUME CORP.,   )
COSPLAY KINGDOM, INC.     )
d/b/a PROP SWORDS,      )
GOODS FOR GEEKS, LLC     )
d/b/a THE LIFE OF THE PARTY,   )
ARMORY REPLICAS, INC.,     )
SWORDS, KNIVES, AND DAGGERS, LLC, )
TOY TIME, INC.,       )
THE CHILDREN'S MUSEUM OF   )
THE UPSTATE, INC.,      )
K.S. CAUFIELD, INC.,      )
THINKER TOY CO., LLC,     )
WINDY WOMAN, INC.      )
d/b/a CHILDISH TENDENCIES,   )
HANDSMITH, LLC,      )
WHOLESALE GALLERY, INC.    )
d/b/a KA SWORDS       )
d/b/a SWORDS SWORDS, and    )
UNDERDOG ENDEAVORS, INC.   )
d/b/a MY PARTY SHIRT.     )

   Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

   Jalic, Inc. ("Jalic"), by and through its counsel, Grant, Konvalinka & Harrison, P.C., for its

Complaint for copyright infringement against FAO Schwarz, LLC, Paragon Paradigm, Paradox,

Inc. d/b/a Chicago Costume Company, Sharp Import, LLC, Turkey Creek Trading Company, Inc.,

1

Master Cutlery, LLC, Underwraps Costume Corp., Cosplay Kingdom, Inc. d/b/a Prop Swords, Goods for Geeks, LLC d/b/a The Life of the Party, Armory Replicas, Inc., Swords, Knives, and Daggers, LLC, Toy Time, Inc., The Children's Museum of the Upstate, Inc., K.S. Caufield, Inc., Thinker Toy Co., LLC, Windy Woman, Inc. d/b/a Childish Tendencies, Handsmith, LLC, Wholesale Gallery, Inc. d/b/a KA Swords d/b/a Swords Swords, and Underdog Endeavors, Inc. d/b/a My Party Shirt, states and alleges as follows:

## PARTIES AND JURISDICTION

1.    Jalic is a Tennessee corporation with a principal office located at 2011 Dayton Boulevard, Red Bank, Tennessee 37415.

2.    FAO Schwarz, LLC ("FAO") is a Delaware limited liability company and may be served with process through its registered agent, Corporation Service Company, at 251 Little Falls Drive, Wilmington, DE 19808.

3.    Paragon, Paradigm, Paradox, Inc. d/b/a Chicago Costume Company ("Chicago Costume") is an Illinois corporation and may be served with process through its registered agent, Mary Hickey-Panayoton, at 1120 W. Fullerton Parkway, Chicago, IL 60614.

4.    Sharp Import, LLC ("Sharp Import") is a Pennsylvania limited liability company and may be served with process through its president, Shahbaz Ather, at 3161 State Road, Suite H, Bensalem, PA 19020.

5.    Turkey Creek Trading Company, Inc. ("Turkey Creek") is a Maryland corporation and may be served with process through its registered agent, Farhan Aslam, at 13627 Curtis Vista Way, Clarksville, MD 21029.

6. Master Cutlery, LLC ("Master Cutlery") is a Maryland limited liability company and may be served with process through its registered agent, Farhan Aslam, at 13627 Curtis Vista Way, Clarksville, MD 21029.

7. Underwraps Costume, Corp. ("Underwraps") is a California corporation and may be served with process through its registered agent, Irene Shaffa, at 9600 Irondale Avenue, Chatsworth, CA 91311.

8. Cosplay Kingdom, Inc. d/b/a Prop Swords ("Prop Swords") is a New York corporation and may be served with process through its registered agent, Sajjad Arif, at 1487 Shore Parkway, Unit #1G, Brooklyn, NY 11214.

9. Goods for Geeks, LLC d/b/a The Life of the Party ("Life of the Party") is a Colorado limited liability company and may be served with process through its registered agent Brandon James Lilly at 1037 Bitterbrush Lane, Fort Collins, CA 80526.

10. Armory Replicas, Inc. ("Armory Replicas") is a Georgia corporation and may be served with process through its registered agent, Barton Lott, at 108 South Marble Street, Rockmart, GA 30153.

11. Swords, Knives, and Daggers, LLC ("SKD") is an Ohio limited liability company and may be served with process through its registered agent, Barbara Angelo, at 1067 Mohawk Trail, Hartville, OH 44632.

12. Toy Time, Inc. ("Toy Time") is a Missouri corporation and may be served with process through its registered agent, Kendra Puterbaugh, at 501 NE 114th Street, Kansas City, MO 64155.

13.     The Children's Museum of the Upstate, Inc. ("TCMU") is a South Carolina nonprofit corporation and may be served with process through its registered agent, Curtis W. Stodghill, at 24 Vardry Street, Suite 401, Greeneville, SC 29602.

14.     K.S. Caufield, Inc. ("Caufield's") is a Kentucky corporation and may be served with process through its registered agent, Tracy Johnson, at 1006 West Main Street, Louisville, KY 40202.

15.     Thinker Toy Co., LLC ("Thinker Toy") is an Oregon limited liability company and may be served with process through its registered agent, Zach Blank, at 4024 SW Westdale Drive, Portland, OR 97221.

16.     Windy Woman, Inc. d/b/a Childish Tendencies ("Childish Tendencies") is an Oregon corporation and may be served with process through its registered agent, Susan K. Armstrong, at 414 SW Bay Boulevard, Newport, OR 97365.

17.     Handsmith, LLC ("Handsmith") is a Montana limited liability company and may be served with process through its registered agent, Registered Agents, Inc., at 1001 South Main Street, Suite 500, Kalispell, MT 59901.

18.     Wholesale Gallery, Inc. d/b/a KA Swords d/b/a Swords Swords ("Wholesale Gallery") is a Georgia corporation and may be served with process through its registered agent, Asma Butt, at 218 Overlook Drive, Dallas, GA 30157.

19.     Underdog Endeavors, Inc. d/b/a My Party Shirt ("My Party Shirt") is a New York corporation and may be served with process through its registered agent, Spiegel & Utrera, P.C., P.C., at 1 Maiden Lane, 5th Floor, New York, NY 10038.

20.     This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4

21.     This Court has personal jurisdiction over Defendants because they have and/or are engaged in the continuous and systematic production and/or nationwide distribution, including in this District, of certain products that infringe on Jalic's registered copyrights.

22.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

23.     Jalic manufactures collectibles from films, television shows, books, and video games, including certain replica swords from the book series A Song of Ice and Fire and the television adaption Games of Thrones, one of the most well-known and widely consumed fantasy series in existence.

24.     Jalic owns the exclusive rights under the Copyright Act of 1976 (17 U.S.C. §§ 101 *et. seq.*, and all amendments thereto) (the "Copyright Act") to reproduce and distribute from the Game of Thrones series certain replica swords known as Longclaw, Blackfyre, and Oathkeeper.

25.     Longclaw, Blackfyre, and Oathkeeper are three of the most iconic swords from the Game of Thrones series and Jalic's copyrighted designs are featured extensively throughout the television show.

26.     On August 26, 2008, the U.S. Copyright Office issued copyright registration number VA0001644063 for Jalic's Longclaw design. Longclaw has many unique design features, including, but not limited to, a carved wolf head for the pommel, which is the rounded knob at the base of the sword's hilt. Longclaw's crossguard, the bar between the blade and hilt that protects the user's hand, ends in an upturned point on each side. Jalic's Longclaw appears below:

5



27. On August 4, 2022, the U.S. Copyright Office issued copyright registration number VA0002321908 for Jalic's Blackfyre design. Blackfyre has many unique design features, including, but not limited to, a crossguard that resembles two outstretched dragon heads. Jalic's Blackfyre appears below:



28.     On January 15, 2015, the U.S. Copyright Office issued copyright registration number VA0002069014 for Jalic's Oathkeeper design. Oathkeeper has many unique design features, including, but not limited to, the use of a lion's head for the pommel. Jalic's Oathkeeper appears below:



29.     Defendants have engaged and/or are currently engaged in the willful, continuous, and systematic production and/or distribution of products that infringe on Jalic's copyrights to Longclaw, Blackfyre, and/or Oathkeeper. Defendants offer, sell, and ship their infringing products nationwide, including in the Eastern District of Tennessee, through their online and/or brick-and-mortar retail stores.

8

30.     FAO has sold a foam sword that is identical or substantially similar to Jalic's Longclaw. On or about February 19, 2025, Jalic purchased one of FAO's infringing swords, which was delivered to Jalic in Tennessee.

31.     Chicago Costume sells a foam sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing on Chicago Costume's website:



32.     On or about February 10, 2024, Jalic purchased a "wolf – foam Sword" from Chicago Costume, which was delivered to Jalic in Tennessee.

33.     Sharp Import sells a letter opener that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing on Sharp Import's website:



34.     Sharp Import also sells a replica sword that is identical or substantially similar to Jalic's Oathkeeper, as evident from the following listing on Sharp Import's website:



35.     On May 15, 2025, Jalic purchased a sword from Sharp Import, which was shipped to Jalic in Tennessee.

36.     Upon information and belief, Sharp Import also does business as Wholesale Blades and operates the website wholesaleblades.com. On their respective websites, Sharp Import and Wholesale Blades list the same mailing address, telephone number, and fax number. As Wholesale Blades, Sharp Import sells a foam sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing on Wholesale Blades' website:



37.     On May 9 2025, Jalic purchased a "Longclaw Foam Cosplay Costume Replica Movie Sword" from Sharp Import's Wholesale Blades website, which was delivered to Jalic in Tennessee.

38.     Turkey Creek sells a replica sword that is identical or substantially similar to Jalic's Blackfyre, as evident from the following listing on Turkey Creek's website:

11



39.     The foregoing sword sold by Turkey Creek also comes with a wall plaque bearing the phrase "Fire and Blood," the title of a book in the A Song of Ice and Fire series, and includes a depiction of a three-headed dragon, which mimics the first edition cover of the book *Fire and Blood*. This wall plaque is identical to the wall plaque Jalic sells with Blackfyre.

40.     Turkey Creek sells a second replica sword that is identical or substantially similar to Jalic's Blackfyre, with the primary difference being the use of a red, rather than a blue, imitation gemstone, as evident from the following listing on Turkey Creek's website:



12

41.     The foregoing sword sold by Turkey Creek also comes with the same wall plaque invoking the name and cover art to the book *Fire and Blood*, which is identical to the wall plaque Jalic sells with Blackfyre.

42.     On May 9, 2025, Jalic purchased a "Medieval Warrior Fantasy Sword SE – 5358" and a "Medieval Warrior Fantasy Sword HK – 22994" from Turkey Creek, which were delivered to Jalic in Tennessee.

43.     Life of the Party sells a foam sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing on Life of the Party's website:



44.     On or about February 10, 2025, Jalic purchased a "Wolf Sword" from Life of the Party, which was delivered to Jalic in Tennessee.

45.     Underwraps sells a foam sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following excerpt taken from Underwraps' digital catalogue:



46.     Prop Swords sells two replica swords that are identical or substantially similar to Jalic's Longclaw, as evident from the following listings from Prop Swords' website:





47.     Prop Swords also sells a replica sword that is identical or substantially similar to Jalic's Oathkeeper, as evident from the following listing on Prop Swords' website:



48.     On or about October 9, 2024, Jalic purchased certain swords from Prop Swords, which were delivered to Jalic in Tennessee.

49.     Master Cutlery sells a replica sword that is identical or substantially similar to Jalic's Blackfyre, as evident from the following listing on Master Cutlery's website:



50.    Armory Replicas sells a replica sword that is identical or substantially similar to

Jalic's Longclaw, as evident from the following listing on Armory Replica's website:



51.     On or about February 10, 2025, Jalic purchased a "Medieval Wolf Foam LARP Costume Cosplay Replica Sword" from Armory Replicas, which was delivered to Jalic in Tennessee.

52.     SKD sells a letter opener that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing on SKD's website:



53.     SKD also sells a replica sword that is identical or substantially similar to Jalic's Oathkeeper, as evident from the following listing on SKD's website:



54.     On May 9, 2025, Jalic purchased a "Longclaw Miniature Letter Opener Fantasy Short Sword Dagger Knife" from SKD, which was shipped to Jalic in Tennessee.

55.     Toy Time sells a foam sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing on Toy Time's website:



56.     On May 9, 2025, Jalic purchased a "Wolf sword" from Toy Time, which was delivered to Jalic in Tennessee.

57.     TCMU sells a foam sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing on TCMU's website:

18





58.  On May 15, 2025, Jalic purchased a product from TCMU, which was shipped to Jalic in Tennessee.

59.  Caufield's sells a foam sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing on Caufield's website:



60.     On May 15, 2025, Jalic purchased a product from Caufield's, which was shipped to Jalic in Tennessee.

61.     Thinker Toy sells a foam sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing on Thinker Toy's website:



62.     On May 15, 2025, Jalic purchased products from Thinker Toys, which were shipped to Jalic in Tennessee.

63.     Childish Tendencies sells a foam sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing on Childish Tendencies' website:



64. On May 15, 2025, Jalic purchased a product from Childish Tendencies, which was shipped to Jalic in Tennessee.

65. Handsmith sells a replica sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing on Handsmith's Amazon site:



66.     On May 15, 2025, Jalic purchased a product from Handsmith, which was shipped to Jalic in Tennessee.

67.     Wholesale Gallery sells a foam sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following listings on Wholesale's websites:





68.     On May 15, 2025, Jalic purchased products from Wholesale Gallery, which were shipped to Jalic in Tennessee.

69.     My Party Shirt has sold a foam sword that is identical or substantially similar to Jalic's Longclaw, as evident from the following listing that has previously appeared on My Party Shirt's website:



70.     On or about October 2, 2024, Jalic purchased a "Wolf Foam Sword" from My Party Shirt, which was delivered to Jalic in Tennessee.

71.     Upon information and belief, Defendants know or should have known that Jalic owns the copyrights to Longclaw, Blackfyre, and Oathkeeper and, therefore, Defendants have willfully infringed on Jalic's copyrights.

23

# COUNT I

# COPYRIGHT INFRINGEMENT

72.     Jalic incorporates the allegations in the preceding paragraphs as if fully set forth herein.

73.     Jalic owns the copyrights to Longclaw, Blackfyre, and Oathkeeper, as stated herein.

74.     Without Jalic's consent, Defendants have infringed on Jalic's copyrights to Longclaw, Blackfyre, and Oathkeeper by manufacturing, selling, and/or distributing the products described and depicted herein nationwide, including in the Eastern District of Tennessee.

75.     Defendants knew or should have known that the designs to three of the most iconic swords from one of the most well-known fantasy series of all time were protected by Jalic's registered copyrights. Nevertheless, Defendants sold, and continue to manufacture, sell, and/or distribute their infringing products knowingly, willfully, and with malicious disregard for Jalic's copyrights.

76.     Defendants have caused, and continue to cause, substantial financial and irreparable injury to Jalic by infringing on its copyrights.

WHEREFORE, premises considered, Jalic respectfully prays for the following relief:

  a.   That process issue and be served on Defendants requiring them to respond to this Complaint within the time allowed by law;

  b.   That the Court issue temporary and final injunctions prohibiting Defendants from infringing on Jalic's copyrights pursuant to 17 U.S.C. § 502;

  c.   That the Court order the impoundment and destruction of all of Defendants' infringing products pursuant to 17 U.S.C. § 503;

d.  That Jalic be awarded statutory damages against each Defendant pursuant to 17 U.S.C. § 504(c);

e.  That Jalic be awarded its costs and reasonably attorneys' fees pursuant to 17 U.S.C. § 505;

f.  That Jalic be awarded any additional relief to which it may be entitled.

Respectfully submitted,

GRANT, KONVALINKA & HARRISON, P.C.


By: /s/ Cody M. Roebuck
     April H. Sawhill (BPR #039906)
     Cody M. Roebuck (BPR #032479)
     *Attorneys for Jalic, Inc.*
     633 Chestnut Street, Suite 900
     Chattanooga, TN 37450-0900
     (423) 756-8400
     (423) 756-6518 (*facsimile*)
     asawhill@gkhpc.com
     croebuck@gkhpc.com